**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
DEACERO, S.A. DE C.V.,          )
                                )
          Plaintiff,            )
                                )
          v.                    )    Civil Action No. 05-1016
                                )    Chief Judge Ambrose
CORE FURNACE SYSTEMS CORP.,     )    Magistrate Judge Caiazza
                                )
          Defendant.            )
```

**ORDER**

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **August 30, 2005, at 9:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


August 4, 2005                       S/Francis X. Caiazza
                                     Francis X. Caiazza
                                     U.S. Magistrate Judge


cc:
David J. Armstrong, Esq.
John W. Burns, Esq.
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew L. Noble, Esq.
David G. Obernick, Esq.
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA 15222