```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA


DEACERO, S.A. DE C.V.,         )
                               )
     Plaintiff,                )
                               )
          v.                   )   Civil Action No. 05-1016
                               )   Chief Judge Ambrose
CORE FURNACE SYSTEMS CORP.,    )   Magistrate Judge Caiazza
                               )   Doc. 22
     Defendant.                )
```

**ORDER**

AND NOW, this 16th day of August, 2005;

The Defendant having filed a Motion to Dismiss (Doc. 22) and brief in support thereof;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until September 16, 2005, to respond to the Motion.


August 16, 2005                    S/Francis X. Caiazza
                                   Francis X. Caiazza
                                   U.S. Magistrate Judge


cc:
David J. Armstrong, Esq.
John W. Burns, Esq.
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402

Andrew L. Noble, Esq.
David G. Obernick, Esq.
Meyer, Unkovic & Scott
1300 Oliver Building
Pittsburgh, PA 15222